In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-18-00440-CR
_____

## RUSSELL LEE MIDKIFF, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-09-12844-CR**

## MEMORANDUM OPINION

On December 20, 2018, the trial court sentenced Russell Lee Midkiff on a conviction for assault. Midkiff filed a notice of appeal. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On January 7, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has

1

been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on February 5, 2019
Opinion Delivered February 6, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.